

U.S. Department of Justice

Tax Division

*Northern Criminal Enforcement Section*     *Washington, DC 20530*

February 3, 2015

By FedEx

Scott J. Limmer, Esq.
200 Old Country Road
Suite 2 South
Mineola, NY 11501
slimmer1@gmail.com

Peter Katz, Esq.
52 Duane Street, 7th Floor
New York, NY 10007
pkatz@crottysaland.com

Charles Finkelstein, Esq.
Wenig Saltiel LLP
26 Court Street, Suite 1200
Brooklyn, NY 11242
cfinkelstein@ltattorneys.com

      Re:    United States v. Hines et. al
                Criminal Docket No. 14-00545 (SLT)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and pursuant to the Disclosure Order entered by the Court on January 30, 2015 and subject to the Protective Order entered by the Court on that day, the government hereby furnishes the following discovery in the above-captioned case. Please also consider this letter to be the government's request for reciprocal discovery.

      I.    The Government's Discovery

         A.  Statements of the Defendants

Defendant Hines's statements to the IRS were recorded in memoranda located in the attached discovery at IRS-SH-000007 to 14, IRS-SH-000431 to 37, IRS-SH-000449 to 56, IRS-SH-000518 to 24, and KB-000078 to 85. Defendant Chestnut's statements to the IRS were recorded in memoranda located in the attached discovery at IRS-SH-000438 to 442 and IRS-SH-000513 to 17.

Additionally, when defendant Henry was arrested on January 15, 2015, law enforcement agents read him his Miranda warnings. Henry responded that he understood his rights. Law enforcement agents asked Henry if he had identification. Henry responded that he had identification in his wallet and allowed the agents to remove the identification from his wallet. The arresting agents then asked Henry if the wallet and courtesy badge could be left on his office desk and Henry replied "yes." Henry was asked if he wanted to take his cell phone to which he replied "yes," and the arresting agents took custody of the phone. Law enforcement agents asked Henry if he was on any medication and he replied that he was not.

Law enforcement agents asked Henry if he wanted to inform anyone of his detention. Henry replied "yes" and sent a text message to an unknown individual on his personal cell phone. Henry did not make any other statements regarding the case.

Additionally, when defendant Chestnut was arrested on January 15, 2015, law enforcement agents read him his Miranda warnings. Chestnut stated that he understood his rights. At the time of his arrest, Chestnut insisted that the contents of his coat and pant pockets be left with his wife. With the exception of Chestnut's driver's license, the contents in Chestnut's pockets were left with his wife.

Law enforcement agents asked Chestnut if he was required to take daily medication. Chestnut indicated that he took medication for diabetes at midnight every night however Chestnut did not have the medication in his possession. Law enforcement agents inquired if Chestnut would like them to contact his wife to retrieve the medication. Chestnut responded that it was not necessary because he did not need to take the medication until midnight.

During transport, Chestnut asked law enforcement agents to adjust his handcuffs to a more comfortable position. Agents stopped the vehicle and did so.

Defendant Hines surrendered voluntarily with her attorney on January 20, 2015.

### B. Criminal History/Documents

Defendant Hines's criminal history, if any, is included at: NCIC-000003 to 4. The government intends to provide an updated criminal history search for each defendant. In the meantime, we note the following: http://www.wnyc.org/story/cops-complaints-and-one-ugly-altercation-caught-tape/. Defendant Chestnut has no known criminal history. Defendant Henry's criminal history, if any, is included at: NCIC-000001 to 2.

Enclosed is a disk with encrypted files containing copies of the following materials in PDF file format. The password for the disk will be transmitted by email. A list of materials follows:

| DESCRIPTION | BATES NUMBER |
|---|---|
| Documents from witness A.C. | AC-000001 to 68 |
| Documents from America Online | AOL-000001 to 2<br>AOL-000005 to 15<br>AOL-000019 to 22 |
| Documents from witness B.B. | BB-000001 to 30 |
| Bank records from Bank of America | BOA-000001 to 263<br>BOA-000265<br>BOA-000267<br>BOA-000272 to 1295<br>BOA-001302 to 1316 |
| Documents from U.S. Bankruptcy Court for the Eastern District of New York | BNKR-000001 to 91 |
| Documents from Cablevision | Cable-000001 to 2<br>Cable-000005 to 6 |
| Document from witness C.C. | CC-000001 |
| Bank records from Chase Bank | Chase-000001 to 1456<br>Chase-001462 to 3258<br>Chase-003262 to 3296<br>Chase-003300 to 3912<br>Chase-003916 to 4193<br>Chase-004197 to 4512 |
| Bank records from Citibank | Citi-000001 to 438<br>Citi-000443 to 484<br>Citi-000487 to 525 |
| Bank records from Commerce Bank | Commerce-P-000001 to 321 |
| Records from Aldridge investigation | CMI-000001 to 2169 |
| Documents from witness C.S. | CS-000001 to 114 |
| Documents from witness D.J. | DJ-000001 to 207 |
| Documents from witness D.O. | DO-000001 to DO-000349 |

| | |
|---|---|
| Documents from DOJ injunction case | DOJ-000276 to 283<br>DOJ-000289 to 330<br>DOJ-000333 to 397<br>DOJ-000402 to 435<br>DOJ-000438 to 439<br>DOJ-000443 to 468<br>DOJ-000474 to 477<br>DOJ-000499 to 500<br>DOJ-000527 to 534<br>DOJ-000536 to 550<br>DOJ-000570 to 578<br>DOJ-000599 to 755<br>DOJ-000803 to 1078<br>DOJ-001284 to 1298<br>DOJ-001671 to 1672<br>DOJ-001674<br>DOJ-001678 to 1794<br>DOJ-002173 to 2979<br>DOJ-003477 to 3856 |
| Records from Equifax | Equifax-P-000001 to 6 |
| Documents from witness E.W. | EW-000001 to 33 |
| Credit report from Experian | Experian-P-000001 to 4 |
| Records from the Food and Drug Administration | FDA-000001 to 363 |
| Records from the IRS FIRE System | FIRE-P-000001 to 1038 |
| Documents requested by Chestnut from the IRS in a FOIA request | FOIA-000001 to 8<br>FOIA-000010<br>FOIA-000012<br>FOIA-000015 to 22<br>FOIA-000032 |
| Documents from Google | Google-000001 to 10 |
| Documents from Google | Google-P-000001 to 4 |
| Documents from witness H.A. | HA-000001 to 53 |
| Records from Immigration and Customs Enforcement | ICE-000001 to 5 |
| Records from inbox.com | Inbox-000001 to 8 |
| Records from the IRS | IRS-000001 to 3390<br>IRS-003394 to 7609<br>IRS-007653 to 10288 |
| Records from the IRS civil files | IRS-ADMIN-000022<br>IRS-ADMIN-000043 to 120<br>IRS-ADMIN-000136 to 140<br>IRS-ADMIN-00153 to 326 |
| Records from IRS Revenue Officer E.J. | IRS-EJ-000001 to 223 |

| | |
|---|---|
| Records from the IRS frivolous return program | IRS-FRIV-P-000001 to 325; IRS-FRIV-P-000352 to 363 |
| Records from IRS Revenue Officer G.O. | IRS-GR-000001 to 55 |
| Records from IRS Revenue Officer J.R. | IRS-JR-000001 to 68 |
| Records from IRS Special Agent K.B. | IRS-KB-000001 to 837 |
| Records from IRS Revenue Officer K.J. | IRS-KJ-000001 to 72 |
| Records from IRS Revenue Officer L.S. | IRS-LS-000001 to 178<br>IRS-LS-000101 to 123<br>IRS-LS-000129 to 141<br>IRS-LS-00144 to 1383<br>IRS-LS-001398 to 1408<br>IRS-LS-001419 to 1422<br>IRS-LS-001456 to 1507<br>IRS-LS-001510 to 1675<br>IRS-LS-001699 to 1705 |
| Records from IRS FIRE System manager M.E. | IRS-ME-000001 to 52 |
| Records from IRS | IRS-P-000001 to 354 |
| Records from IRS Special Agent R.P. | IRS-RP-P-000001 to 17 |
| Records from IRS supervisor S.H. | IRS-SH-000001 to 404<br>IRS-SH-000431 to 447<br>IRS-SH-000449 to 462<br>IRS-SH-000467 to 485<br>IRS-SH-000513 to 853<br>IRS-SH-000856 to 010918 |
| Records from Revenue Officer S.S. | IRS-SS-000001 to 452<br>IRS-SS-000478 to 598 |
| Records from IRS Special Agent S.T. | IRS-ST-000001 |
| Records from the IRS Service Center | IRS-SVC-000001 to 881 |
| Records from witness J.D. | JD-000001 to 3 |
| Records from witness J.I. | JI-000001 to 52 |
| Records from Penny Jones investigation | Jones-000001 to 493 |
| Documents from witness K.J. | KJ-000001 to 54 |
| Records from witness K.O. | KO-000001 to 49 |
| Documents from witness L.H. | LH-000001 to 44 |
| Documents from witness M.A. | MA-000001 to 34 |
| Records from MSN (Microsoft Network) | MSN-000001 to 2 |
| Records from the National Archives and Records Administration regarding Clive Henry | NARA-000001 to 203 |
| Records from National Grid | NATG-000001 to 34 |
| NCIC criminal history records | NCIC-000001 to 4 |
| Documents mailed by Nafeesah Hines | NH-000001 to 7 |
| Documents from witness N.R. | NR-000001 to 6 |
| Records from Netspend Corporation | NSC-000001 to 14 |
| Records from New York Court System | NY-CTS-000001 to 7 |

12357095.1

| | |
|---|---|
| Records from the New York Department of Motor Vehicles | NY-DMV-000001<br>NY-DMV-000003 to 102<br>NY-DMV-000104 |
| Records from the New York City Police Department | NYPD-000001 to 4<br>NYPD-000005 to 8<br>NYPD-000009<br>NYPD-000012 to 23 |
| Documents from witness P.A. | PA-000001 to 23 |
| Documents from witness R.P. | RP-000001 to 22 |
| Documents from witness S.A. | SA-000001 to 123 |
| Records from Suffolk County Clerk's Office | SCC-000001 to 9 |
| Documents from witness S.G. | SG-000001 to 102 |
| Documents from witness S.J. | SJ-000001 to 990 |
| Documents from witness S.P. | SP-000001 to 522 |
| Documents from witness S.S. | SS-000001 to 2 |
| Documents from witness S.W. | SW-000001 to 10, SW-000016 to 703 |
| Records from Taxslayer tax preparation software | Taxslayer-000001 to 374 |
| Bank records from TD Bank | TDBank-000001 to 684<br>TDBank-000686 to 692<br>TDBank-000696 to 699<br>TDBank-000702 to 1160<br>TDBank-001166 to 1168<br>TDBank-001174<br>TDBank-001176 to 1178<br>TDBank-001182 to 2166<br>TDBank-002168<br>TDBank-002174 to 2319 |
| Records from TD Bank | TDBank-P-000001 to 49 |
| Records from Time Warner Inc. | Time-000001 |
| Records from Time Warner Inc. | Time-P-000001, Time-P-000003 |
| Records from Tuition Management Service | TMS-000001 to 50 |
| Credit reports from Trans Union | TransUnion-P-000001 to 6 |
| Records from Thrift Savings Plan regarding Nafeesah Hines | TSP-000001 to 67 |
| Bank records from the United Nations Federal Credit Union regarding witness S.P. | UNFCU-00001 to 210 |
| Records from U.S. Treasury Office of Personnel Management | US-OPM-000001 to 8<br>US-OPM-000010 to 12<br>US-OPM-000015 to 22<br>US-OPM-000031 to 32 |
| Documents from witness V.M. | VM-000001 to 7 |
| Documents from witness V.V. | VV-000001 to 2 |
| Bank records from Wells Fargo Bank | Wells-000001 to 269<br>Wells-000274 to 302 |

| Records from xacti.com for purplover@inbox.com | Xacti-000001 to 5 |
| Records from yahoo.com | Yahoo-000001 to 36 |

During the investigation, the government obtained hard disk images from defendant Hines' employer, the U.S. Food and Drug Administration. One disk was used by Nafeesah Hines, and the other was used by defendant Hines' coworker, E.W., who is also a witness in this case. The government does not intend to make use of this information in its proof, and, in the estimation of the government, this information is not material to this case. Nevertheless, if any defendant wishes to inspect, view, or copy this information please contact us and we will make it available upon request.

C. Reports of Examinations and Tests

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion.

The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

D. Brady/Giglio

The government is not aware of any exculpatory material regarding the defendants. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

While the government does not consider the following information to fall within Brady, we note that defendant Hines has been linked to the following false claims cases: *United States v. Poynter et al.,* case no. 11-cr-00223 (W.D. Mo.) and *United States v. Jones et. al*, case no. 11-cr-60273 (S.D.F.L.).

E. Other Crimes, Wrongs or Acts

The government will provide the defendants with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

II. The Defendants' Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant

allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendants' possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendants disclose prior statements of witnesses who will be called by the defendants to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendants have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendants disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendants' intentions, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendants intend to rely in establishing the defense identified in any such notice.

12357095.1

III.     Further Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:    <u>/s/Jeffrey A. McLellan</u>
Jeffrey A. McLellan
Mark W. Kotila
Erin B. Pulice
U.S. Department of Justice
Tax Division
Trial Attorneys
(202) 514-5150

cc: Clerk of the Court (via ECF without enclosures)