

CROTTY
SALAND LLP
ATTORNEYS AT LAW

ELIZABETH CROTTY          JEREMY SALAND
52 DUANE STREET, 7TH FLOOR • NEW YORK, NY 10007
TEL. 212.312.7129  FAX 212.918.9375

May 5, 2015

Honorable Sandra Townes
United States District Court Judge
United States Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    *United States v. Clive Henry*
>        *Criminal Docket No. 14CR545 (SLT)*

Honorable Judge Townes:

I write on behalf of my client, Clive Henry, to request permission for Mr. Henry to travel outside of the Eastern District of New York. As the Court is aware, during tax season, Mr. Henry lives apart from his family, here in New York. During much of the remainder of the year, he lives with his wife and children in Georgia.

Mr. Henry requests permission to travel between New York and Georgia during the pendency of the case, upon notice to his Pretrial Officer, the Prosecutor, and his Counsel. Currently, Mr. Henry would like to travel to Georgia on May 7, 2015 returning on or about on May 11, 2015.

We have informed both the prosecutor and Mr. Henry's Pre-Trial Services Officer of this request. Neither has any objection to Mr. Henry's travel, or this proposal.

If you have any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,

Peter Katz

cc:  Trial Attorney Jeffrey McLellan

1